**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>SHANNON PRICE OBO CARL MULLER,<br><br>Plaintiff,<br><br>v.<br><br>ABBVIE INC., et al.,<br><br>Defendants. | Case No. 1:16-cv-00668 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed in its entirety, with prejudice, against all Defendants pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with the parties to bear their own costs.

Dated: September 5, 2018            Respectfully submitted,


*/s/ Daniel S. Robinson*_____        /s/ K.C. Green_____
Daniel S. Robinson                          Joseph P. Thomas
ROBINSON CALCAGNIE, INC.                    Jeffrey F. Peck
19 Corporate Plaza Drive                    K.C. Green
Newport Beach, CA 92660                     Jeffrey D. Geoppinger
Phone: (949) 720-1288                       ULMER & BERNE LLP
Email: drobinson@rcrsd.com                  600 Vine Street, Suite 2800
*Counsel for Plaintiff*                     Cincinnati, OH 45202
                                            Phone: (513) 698-5000
                                            Email: kcgreen@ulmer.com
                                            *Counsel for Actavis Pharma, Inc.; Actavis Laboratories UT, Inc.; Anda, Inc.; and Actavis, Inc.*

1

*/s/ Christopher Boisvert*
Christopher Boisvert
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104
Phone:  (215) 994-2312
Email: chip.boisvert@dechert.com
*Counsel for AbbVie Inc.; Abbott Laboratories;*
*AbbVie Products LLC; Unimed Pharmaceuticals,*
*LLC; Besins Healthcare Inc.; & Besins Healthcare,*
*S.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

>*/s/ Daniel S. Robinson*
>Daniel S. Robinson